**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Hilbert Group LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    3 2 – 0 4 8 0 1 9 3

**4. Debtor's address**

Principal place of business

**Hilbert Group Manager LLC**

**520 Newport Center Drive, Suite 480**
Number        Street

**Newport Beach, CA 92660**
City                          State      ZIP Code

**Orange**
County

Mailing address, if different from principal place of business

_____
Number        Street

_____
City                          State      ZIP Code

Location of principal assets, if different from principal place of business

**27415 - 27535 Jefferson Ave.**
Number        Street

**Temecula, CA 92590**
City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hilbert Group LLC**
_____    Case number *(if known)* _____
    Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____  _____  _____  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                        MM / DD / YYYY

            District _____    When _____    Case number _____
                                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

            District _____    When _____
                                                                    MM / DD / YYYY

            Case number, if known _____

Debtor    **Hilbert Group LLC**
    Name    Case number *(if known)*

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  __Hilbert Group LLC_____    Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/20/2026____
               MM/ DD/ YYYY

X __[signature]_____         __Ioannis Xilikakis_____
Signature of authorized representative of debtor    Printed name

Title __Manager of Managing Member____

**18. Signature of attorney**

X __[signature]_____    Date __1/20/2026____
Signature of attorney for debtor                    MM/ DD/ YYYY

__William J Wall_____
Printed name

__Wall Law Office_____
Firm name

__26895 Aliso Creek Rd # B-110_____
Number        Street

__Aliso Viejo_____   __CA____   __92656-5301____
City                          State      ZIP Code

__(949) 387-4300 x105_____   __wwall@wall-law.com____
Contact phone                  Email address

__203970_____   __CA____
Bar number                     State

Fill in this information to identify the case:

Debtor name _____ **Hilbert Group LLC** _____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Joses Nuevo Landscaping LLC<br>3857 Birch Street Suite 209<br>Newport Beach, CA 92660 | | | | | | $47,600.00 |
| 2  Vierergruppe Management Inc.<br>1932 East Deere Avenue Suite 150<br>Santa Ana, CA 92705 | (714) 442-0625 | | | | | $40,921.63 |
| 3  WestMar Commercial Brokerage, Inc<br>41623 Margarita Road Suite 100<br>Temecula, CA 92591 | (951) 491-6300 | | | | | $11,835.72 |
| 4  Rancho California Water District<br>PO Box 512687<br>Los Angeles, CA 90051-0687 | (951) 296-6930 | | | | | $11,530.27 |
| 5  Incorporated, CR&R<br>PO Box 7096<br>Pasadena, CA 91109-9952 | (800) 755-8112 | | | | | $10,305.96 |
| 6  Prime Investors Corporation<br>P.O.Box 3697<br>Vista, CA 92085 | | | | | | $4,257.03 |
| 7  Sain Builders<br>147 Hart Bench Rd<br>Darby, MT 59829 | | | | | | $4,125.00 |
| 8  4 Seasons Air, Inc.<br>8585 Katella Avenue<br>Stanton, CA 90680 | (800) 850-5553 | | | | | $3,473.20 |

Debtor    **Hilbert Group LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | (800) 655-4555 | | | | | $2,627.16 |
| 10  Kuri Services LLC<br>14817 Janine Dr.<br>Whittier, CA 90605 | | | | | | $1,680.00 |
| 11  American Jetting Services<br>P.O Box 1699<br>Ontario, CA 91762 | (800) 538-8426 | | | | | $990.00 |
| 12  ABC Supply Co. Inc.<br>PO Box BOX 748242<br>Los Angeles, CA 90074-8242 | (608) 368-2562 | | | | | $677.82 |
| 13  Ramsey Backflow & Plumbing<br>11626 Sterling Ave Suite D<br>Riverside, CA 92503 | (951) 689-4116 | | | | | $480.00 |
| 14  Alz Electrical and Lighting Service<br>23905 Clinton Keith Rd 114-395<br>Wildomar, CA 92595 | | | | | | $307.50 |
| 15  Knight Security & Fire Systems<br>2418 Auto Park Way<br>Escondido, CA 92029 | (760) 745-3604 | | | | | $274.00 |
| 16  Pestgon, Inc.<br>3612 Ocean Ranch Rd<br>Oceanside, CA 92056 | (877) 724-8100 | | | | | $264.00 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

ABC Supply Co. Inc.
PO Box BOX 748242
Los Angeles, CA 90074-8242

Alz Electrical and Lighting
Service
23905 Clinton Keith Rd 114-395
Wildomar, CA 92595

American Jetting Services
P.O Box 1699
Ontario, CA 91762

DLA Piper
Atthn Mitchell C. Regenstreif
2000 Avenue of the Stars Suite 400 North
Tower
Los Angeles, CA 90067-4735

Elizon DB Transfer Agent LLC
Attn Katie Meagher
711 Third Ave Suite 501
New York, NY 10017

Ellington (Elizon DB 2016-1
Trust)
53 Forest Avenue
Old Greenwich, CT 06870

Incorporated, CR&R
PO Box 7096
Pasadena, CA 91109-9952

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660


Knight Security & Fire
Systems
2418 Auto Park Way
Escondido, CA 92029


Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605


Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056


Prime Investors Corporation
P.O.Box 3697
Vista, CA 92085


Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503


Rancho California Water
District
PO Box 512687
Los Angeles, CA 90051-0687


Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502-2205

Sain Builders
147 Hart Bench Rd
Darby, MT 59829


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001


Vierergruppe Management
Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705


WestMar Commercial
Brokerage, Inc
41623 Margarita Road Suite 100
Temecula, CA 92591